

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2013

No. 04-12-00621-CR

The **STATE** of Texas,
Appellant

v.

Matthew **SAWYER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0069-CR
Honorable W.C. Kirkendall, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 17, 2013.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2013.

Keith E. Hottle, Clerk